AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00416 |
| Hunter Palm | ) | Assigned to: Judge Harvey, G. Michael |
| | ) | Assign Date: 5/7/2021 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Hunter Palm _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Engaging in Disorderly or Disruptive Conduct in Restricted Buildings or Grounds;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: __05/07/2021__                              _G. Michael Harvey_ (Digitally signed by G. Michael Harvey, Date: 2021.05.07 13:51:24 -04'00')
                                                                  *Issuing officer's signature*

City and state: _Washington, D.C._                _G. Michael Harvey, U.S. Magistrate Judge_
                                                                  *Printed name and title*

### Return

This warrant was received on (date) __5/7/2021__, and the person was arrested on (date) __5/12/2021__
at (city and state) __Denver, Colorado__.

Date: __5/12/2021__                               _John W. Smith_
                                                                  *Arresting officer's signature*

                                                                  _John W. Smith - Special Agent FBI_
                                                                  *Printed name and title*