# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| vs. | *   Case No. 21-cr-00393 (RDM) |
| | * |
| **HUNTER PALM** | * |
| **Defendant** | * |
| | * |

**ooOoo**

## ORDER

Upon consideration of the Consent Motion to Continue Status Hearing, Schedule a Change of Plea Hearing and Toll Speedy Trial Time, filed by Hunter Palm, good cause having been shown, it is this _____ day of June, 2023, by the United States District Court for the District of Columbia,

**ORDERED:**

1. That the Motion is hereby **Granted;**

2. That a Status Hearing is hereby **Scheduled for July 14, 2023 at _____;** and

3. That to allow the parties to finalize the plea agreement and for defense counsel to effectively discuss its terms with Mr. Palm in light of the complexity of the issues, **the Speedy Trial is hereby tolled from June 2, 2023 to and including July 14, 2023,** upon finding that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7).

_____
**Honorable Randolph D. Moss**
**United States District Judge**