IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**  *  *  **vs.**  *  *  **HUNTER PALM**  *  **Defendant**  *  * | **Case No. 21-cr-00393 (RDM)** |

ooOoo

**ORDER**

Upon consideration of the Consent Motion to Continue Sentencing filed by Hunter Palm, good cause having been shown, it is this _____ day of October, 2023, by the United States District Court for the District of Columbia,

**ORDERED:**

1. That the Motion is hereby **Granted;**

2. That Sentencing is hereby **Re-scheduled to the** _____ **day of January, 2024 at** _____**;** and

3. That the time for the parties to file sentencing memoranda is hereby **Extended.**

_____
**Honorable Randolph D. Moss**
**United States District Judge**