IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| vs. | *   Case No. 21-cr-00393 (RDM) |
| | * |
| HUNTER PALM | * |
| Defendant | * |
| | * |

ooOoo

### CONSENT MOTION TO EXTEND THE TIME FOR FILING DEFENDANT'S SENTENCING MEMORANDUM

Hunter Palm, by his undersigned counsel, hereby respectfully moves to extend the time for filing his Sentencing Memorandum to December 27, 2023. The additional time is necessary due to the press of other business and the upcoming Christmas holidays. The government consents to this request.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

### CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served on all counsel of record 21st day of December, 2023 on all counsel of record via ECF.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**