Hello Judge, I hope this note finds you well. I am Aaron Palm. I am Hunter Palm's father. A little about myself, I am medically retired from the military after serving both Active Duty and in the National Guard for 17 years. Currently I have been serving in Law Enforcement for 22 years. I was in the room when Hunter was born, stayed home with him for the first 2 years of his life, and we remained extremely close, seeing each other and/or talking virtually every day.

It is difficult to internalize the fullness of this situation. While I know Hunter has to own his actions in this matter and he has from the outset. We have had regular discussions on them through the years since the incident. I also struggle with what lesson, what 'thing' did I fail to impress on him that could have made a difference? I'm sure you're aware from the pre-sentencing report the complete lack of law enforcement contact outside of this incident, which generically speaks to his character and the respect he has for the law, so I would like to share with you some of the non-tangibles about Hunter that wouldn't be captured in the report. Hunter has a deep passion for others being mistreated. Many times, he has stood up for people being bullied. Including people he doesn't know. He simply injects himself between them and starts talking. He has such a way of turning people's frustrations and getting them to laugh. Then he moves along with his day as if he said hi to an old friend. He absently holds doors open for others. Men, women, young and old alike. When he sees anyone struggling with carrying bags, he walks right up, starts chatting with them, and carries the items to their vehicle. I was particularly touched one time when he jogged over to a lady pushing a stroller, with a 4- or 5-year-old boy pushing a cart to their car. He talked to the lady as he pushed the cart. When they got to her car, the lady began securing the baby in a seat, and Hunter went to the trunk with the little boy. When the little boy said, "I can do it", Hunter encouraged him and secretly helped lift the bags while congratulating the boy on doing it himself. Finally, he asked the lady if he could do anything else. She thanked him and started to open her wallet (presumably to give him money), Hunter put his hand on his heart and said, "No, no, thank you. Have a most blessed day." And jogged to the truck. The pride I have in the man he is becoming soared that day.

Hunter is looking to the future and is making strides to be successful in them. He has opened a business. He has struggles and learning opportunities. But the part I most look to is his drive for success. He reaches out me to for advice on some matters, but mostly researches for answers and talks to other people who work in the industry. He hasn't sought out loans or assistance. He wants to make it on his own.

Eighteen-year-old Hunter made a mistake. He has learned from his mistakes in this incident, and I am confident there will be no future incidents. When we have our talks, he regularly admonishes himself for knowing better, for allowing himself to get caught up in the moment and wishing he had never gone. He has never missed one of his release conditions, calls, or anything else over the two and a half years this matter has taken to get to this point. In four separate occasions he would have been hired by the Sheriff's Office, but this matter prevented him from moving forward. He wants to move on with his life.

I understand the spectrum you must look at for resolution of this matter. I ask you to consider his lack life experience at the time, his lack of prior law enforcement contact, his character as a member of this community, the missed opportunities he has already experienced, and his desire to move forward in a positive, productive manner. If additional punishment is warranted, I ask you to consider community service to be the punishment levied.

Sincerely,
Aaron Palm